```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07240
   DANTE WEBB
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8274

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/20/2006 and was confirmed 09/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AAA COMPANY INC             UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC        UNSECURED          749.71          .00            .00
CFC FINANCIAL LLC           UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED         4735.00          .00            .00
COMCAST                     UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI    UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    UNSECURED       NOT FILED          .00            .00
FIRST NATIONAL COLLECTIO    UNSECURED       NOT FILED          .00            .00
HARVARD COLLECTION SERVI    UNSECURED       NOT FILED          .00            .00
HARVARD COLLECTION SERVI    UNSECURED       NOT FILED          .00            .00
MILLENIUM CREDIT CONSULT    UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED          .00            .00
PIEDMONT ADJUSTMENT BURE    UNSECURED       NOT FILED          .00            .00
SECURITY NATIONAL AUTO A    UNSECURED        14072.38          .00            .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       65.25          .00          65.25
CRESCENT RECOVERY LLC       FILED LATE       11381.21          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,850.00                     2,499.84
TOM VAUGHN                  TRUSTEE                                         184.91
DEBTOR REFUND               REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            2,750.00

PRIORITY                                     65.25
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                             2,499.84
TRUSTEE COMPENSATION                         184.91
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07240 DANTE WEBB

```
DEBTOR REFUND                                                            .00
                                        ----------------    ----------------
TOTALS                                         2,750.00            2,750.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/26/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE